IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
DELTA DIVISION

**FREDERICK BARTON**  PLAINTIFF
*ADC #142505*

v.  CASE NO. 2:24-CV-00224-BSM

**LAMBERT**
*I.P.O, Delta Regional Unit*  DEFENDANT

## JUDGMENT

Consistent with the order entered today, this case is dismissed without prejudice.

IT IS SO ORDERED this 20th day of December, 2024.

_____
UNITED STATES DISTRICT JUDGE